IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-110 (BAH) |
| v. | : | 18 U.S.C. § 1752(a)(1) |
| **ROBERT WALTER JONES,** | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Robert Jones, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24-CR-110 (BAH) |
| | : | |
| v. | : | 18 U.S.C. § 1752(a)(1) |
| | : | |
| ROBERT WALTER JONES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FILED**
MAY 30 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Robert Jones, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

Page **1** of **6**

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.  As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.  At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.  At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 5, 2021, Robert Walter Jones and Karen Jane Jones (hereinafter, "the co-defendants"), who are spouses, arrived together in Washington D.C.  The couple travelled from their home in California to attend a rally protesting the results of the 2020 presidential election. On January 6, 2021, the co-defendants attended the rally near the Ellipse.  Afterward, both co-defendants walked with the crowd toward the United States Capitol.  They knew Vice President Pence would be at the Capitol that day.

9. The co-defendants arrived at the East Front outside the Capitol Building.  Shortly before 3:00 p.m., the co-defendants joined a mob of rioters at the base of the East Central Stairs outside of the building, where they confronted a line of police officers who were attempting to stop the crowd from proceeding up the steps.  The officers were eventually pushed back into the

building and the co-defendants proceeded to climb the stairs toward the Rotunda Doors. They waited several minutes outside of the Rotunda Doors before they were able to get inside.

10. At approximately 3:00 p.m., the co-defendants entered the building through the Rotunda Doors. Both Robert Jones and Karen Jones knew that they did not have authority to enter the building at the time they entered.

11. From the Rotunda Doors, the co-defendants proceeded further into the building. They entered the Rotunda, where they joined a large mob of people. While in the Rotunda, law enforcement officers directed the co-defendants to leave the building. Neither co-defendant left the building. They were eventually forced out of the area by a line of police officers who pushed the crowd out of the Rotunda. At approximately 3:15 p.m., both co-defendants were forced to leave the Rotunda. They remained in the Rotunda's lobby until approximately 3:30 p.m., when they exited the building through the Rotunda Doors.

12. Both co-defendants remained on the Capitol grounds and lingered on the East Central Stairs. While there, Karen Jones participated in an "open mic" session, where she stated, "Hi, I'm Karen Jones. I'm from Santa Ynez, California – Home of the Reagan Ranch – and I'm very proud to be here. I was in the first wave up the stairs. I lucked out. Thank you to all the people who carried me in the crowd. Took a little pepper spray. I didn't think I'd ever be sprayed by cops in my own country. I support the police, but I would like everyone to please join me in saying the Pledge of Allegiance."

13. The defendant acknowledges that his actions on January 6, 2021, were committed knowingly.

*Elements of the Offense*

14. The parties agree that Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1) requires the following elements:

   a. First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

   b. Second, the defendant did so knowingly.

*Defendant's Acknowledgments*

15. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly entered and remained in the Capitol Building, which was a restricted building, and areas of the Capitol Grounds that were restricted grounds. The defendant further admits that he knew he lacked lawful authority to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  *s/ Allison K. Ethen*
Allison K. Ethen
Assistant United States Attorney
MN Bar No. 0395353
Capitol Siege Section
U.S. Attorney's Office
District of Columbia
Telephone No: (612) 664-5575
Email Address: Allison.ethen@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

      I, Robert Jones, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 05/28/24

_Robert Walter Jones (May 28, 2024 15:16 PDT)_
Robert Jones
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

      I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 5/28/2024

Robert Sanger
Attorney for Defendant

Page 6 of 6